IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL RATHBLOTT, and PETER CLARKE,**  Plaintiffs on Counterclaim | **CIVIL ACTION** |
| v. | **NO. 13-5593** |
| **PEOPLESTRATEGY, INC.**  Defendant on Counterclaim | |

## O R D E R

**AND NOW**, this 28th day of July, 2015, upon consideration of Plaintiff's Motion to Enforce Settlement Agreement (Document No. 23, filed May 26, 2015), and Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated July 8, 2015, the parties having reported that they do not intend to file objections to the Report and Recommendation, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated July 8, 2015, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion to Enforce Settlement Agreement is **DENIED WITHOUT PREJUDICE** on the ground that this Court lacks subject matter jurisdiction; and,

3. This case shall **REMAIN CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.